**Opinion issued April 12, 2016**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-15-00968-CV

—————————————

**SCOTT M. CLEARMAN AND THE CLEARMAN LAW FIRM, PLLC,**
**Appellants**

**V.**

**CLEARMAN PREBEG, LLP, Appellee**

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Case No. 2014-69512**

## MEMORANDUM OPINION

On March 14, 2016, appellants Scott M. Clearman and The Clearman Law Firm, PLLC, filed a "Notice of Mootness" indicating that this appeal has become moot because the parties have settled all disputes in the underlying case. The Court construes the "Notice of Mootness" as a motion for voluntary dismissal of this

appeal. *See* TEX. R. APP. P. 42.1(a)(1). More than ten days have elapsed since the filing of the motion, and no party has objected. *See* TEX. R. APP. P. 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Massengale, and Huddle.